LESTER HANDELSMAN, PLAINTIFF-PETITIONER, v. DIVISION OF NEW JERSEY REAL ESTATE COMMISSION, DEFENDANT-RESPONDENT.

*Mr. Leonard Adler* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. E. Robert Levy* for the respondent.

September 17, 1968. Denied.

BILL GAMBOCZ, PLAINTIFF-PETITIONER, v. LILLIAN APEL, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Bill J. Gambocz in propria persona.*

*Messrs. Budd, Larner, Kent & Gross* for the respondents.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILEY BELL, DEFENDENT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

September 17, 1968. Denied.